

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

_____

February 21, 2025

VIA CM/ECF

Christopher M. Wolpert
Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

    Re:   *Kansas et al. v. Trump et al.*, No. 24-3093

Dear Mr. Wolpert:

    Pursuant to the Court's February 14, 2025, order abating this appeal, the parties respectfully file this joint status report regarding the status of *Missouri et al. v. Trump et al.*, Nos. 24-2332, 24-2351 (8th Cir.).[1] On February 18, 2025, the U.S. Court of Appeals for the Eighth Circuit issued the attached opinion affirming the preliminary injunction entered by the U.S. District Court for the Eastern District of Missouri and "remand[ing] for further proceedings and with instructions to modify the preliminary injunction to enjoin the entire SAVE Rule" and the forgiveness of "loans in the SAVE plan through the old REPAYE provisions." Slip op. 25. The opinion states that the previously entered injunction pending appeal "will dissolve upon the district court's modification of its injunction." *Id.*

    This Court previously abated this appeal because it raises substantially similar issues to those presented in *Alaska et al. v. U.S. Dep't of Educ. et al.*, Nos. 24-3089, 24-3094 (10th Cir.). The Court placed the *Alaska* appeals in abeyance pending the resolution of the above-mentioned Eighth Circuit case. On February 20, 2025, this Court directed the parties in the *Alaska* appeals to "file supplemental

---

    [1] All defendants sued in their official capacities have been automatically substituted pursuant to Federal Rule of Appellate Procedure 43(c).

briefs addressing how the Eighth Circuit's opinion affects [those] appeals," including whether the appeals should remain abated and whether the appeals are now moot. ECF No. 154.

While the Court considers whether to keep the *Alaska* appeals in abeyance, the government respectfully requests that this Court continue the abatement of the above-captioned appeal, with the parties to file a joint status report within 30 days.

Undersigned counsel contacted counsel for Plaintiffs/Appellants, who reported that they do not oppose a short abatement while counsel for the government consults with its client.

                                                 Sincerely,

                                               */s/ Sarah N. Smith*
                                               Sarah N. Smith
                                               Attorney
                                               Civil Division, Appellate Staff
                                               U.S. Department of Justice

cc: Counsel of Record, via CM/ECF

Attachment